UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Richard Wagner, | ) |
| Plaintiff, | ) Case No.: 1:18-cv-00317 |
| vs. | ) Judge Michael R. Barrett |
| Chantilas Cincy Properties, LLC, *et al.*, | ) |
| Defendants. | ) |

## ORDER

Pursuant to notification by counsel for Plaintiff on August 14, 2019 that this matter is settled;

It is **ORDERED** that this action is hereby **DISMISSED WITH PREJUDICE**.

The Court explicitly retains jurisdiction to enforce the settlement agreement reached by the parties.

**IT IS SO ORDERED.**

_s/ Michael R. Barrett_____
Michael R. Barrett, Judge
United States District Court